Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, and STEVE WATERBURY, individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>E MORTGAGE CAPITAL, INC., a California Corporation, and JOSEPH NAGIB SHALABY, an individual,<br><br>    Defendants. | Case No: 8:22-cv-01831-JWH-ADS<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. John W. Holcomb |

- 1 -

Notice of Settlement

Comes now Plaintiffs PAUL SAPAN and STEVE WATERBURY, to notify the Court pursuant to Local Rule 16-15.7 that the parties have reached settlement of the material issues in dispute in the above captioned case and plan file a Joint Motion To Dismiss The Entire Case With Prejudice within ninety (90) days from today.  The Parties will file a request for dismissal with prejudice upon final settlement and request all other dates currently set in the case be stayed or taken off calendar.

DATED: June 20, 2023　　　　　　　　　**PRATO & REICHMAN, APC**

　　　　　　　　　　　　　　　　　　_/s/ Christopher J. Reichman_____
　　　　　　　　　　　　　　　　　　By: Christopher J. Reichman, Esq.
　　　　　　　　　　　　　　　　　　Prato & Reichman APC
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　PAUL SAPAN and
　　　　　　　　　　　　　　　　　　STEVE WATERBURY

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

__X__ Via ECF

Jonathan Douglas Fink
jfink@wrightlegal.net,

DATED: June 20, 2023  **PRATO & REICHMAN, APC**

_/s/ Christopher J. Reichman_____
By: Christopher J. Reichman, Esq.
Prato & Reichman APC
Attorneys for Plaintiff
PAUL SAPAN