Christopher J. Reichman  SBN 250485
Justin Prato SBN 246968
PRATO & REICHMAN, APC
3675 Ruffin Road, Suite 220
San Diego, California 92123
Telephone: (619) 683-7971
chrisr@prato-reichman.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN, and STEVE WATERBURY, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br>E MORTGAGE CAPITAL, INC., a California Corporation, and JOSEPH NAGIB SHALABY, an individual,<br><br>Defendants.<br><br><br>Defendant. | Case No.:  8:22-cv-01831-JWH-ADS.<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedures 41(a), Plaintiffs Paul Sapan and Steve Waterbury, by and through their counsel of record, hereby requests dismissal of this matter **with prejudice** as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring

claims. Defendants, E Mortgage Capital, Inc. and Joseph Nagib Shalaby, by and through their counsel of record, hereby stipulates to Plaintiff's request. Each of the undersigned parties agrees that it shall bear its own costs and attorneys' fees associated with this matter.

**IT IS SO STIPULATED.**

DATED: August 28, 2023          **PRATO & REICHMAN, APC**

/s/Justin Prato, Esq.
By: Justin Prato, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiffs

DATED: August 28, 2023          **WRIGHT FINLAY & ZAK**

By:   *Todd E. Chvat Esq.*
By: Todd E. Chvat Esq.
**WRIGHT FINLAY & ZAK**
Attorneys for Defendants

**Attestation Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

I, Justin Prato, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/Justin Prato, Esq.
By: Justin Prato, Esq.